James J. Gold, #80100
Norma L. Hammes, #80149
Jessica A. Begeman, #264853
GOLD and HAMMES, Attorneys
1570 The Alameda #223
San Jose, CA 95126
(408) 297-8750
Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

XUAN THI CASEY

_____Debtor_____/

Chapter 13
Case No. 18-50813 MEH

SUPPLEMENTAL DECLARATION RE
MORTGAGE PAYMENTS

James J. Gold declares as follows:

1. I am an attorney for the Debtor in this Chapter 13 case. My name is James J. Gold.

2. The photocopy of the check attached to the Debtor's OPPOSITION TO MOTION TO DISMISS CHAPTER 13 CASE, Court Document No. 41 as page 12, filed on August 9, 2018, evidences the Debtor's July 2018 mortgage payment to her home lender, Gregory Funding, which was too late to be included in the Debtor's own most recent declaration, in Court Document No. 40, regarding the Debtor's May and June 2018 mortgage payments.

3. In addition, the Debtor provided to the office of the undersigned the attached photocopies showing the instruments used to pay those mortgage payments for May and June 2015, which form the basis for Court Document No. 40.

4. Attached hereto is a photocopy of a cashier's check dated May 11, 2018, made payable to Gregory Funding along with the record from the issuing bank showing its posting on May 15, 2018. Attached also is a photocopy of the Debtor's personal check made payable to Gregory Funding dated June 11, 2018, along with the record from her bank showing its posting on June 15, 2018. These photocopies have been redacted to remove account numbers and, other than the normal degradation

| | |
|---|---|
| 1 | associated with faxing, copying, scanning, and a slight enlargement to make the images more legible, |
| 2 | are true and correct copies of the portions of the documents provided to our office by the Debtor as |
| 3 | evidence of her mortgage payments. |
| 4 |     I declare under penalty of perjury that the foregoing is true and correct. |

Dated: 8-15-2018

_____
James J. Gold
Attorney for the Debtor

## JPMorgan

**CASHIER'S CHECK**
9590107786

Remitter: XUAN T CASEY
Date: 05/11/2018

Pay To The Order Of: GREGORY FUNDING

Pays: THREE THOUSAND THREE HUNDRED THIRTY NINE DOLLARS AND 00 CENTS $** 3,339.00 **

Drawer: JPMORGAN CHASE BANK, N.A.

Memo: Loan # ▓▓▓▓-361

Ryan A. Crowley, Managing Director
JPMorgan Chase Bank, N.A.
Phoenix, AZ

⑉9590107786⑉ ⑉122100024⑉ 806002234⑉

Seq: 6
Dep: 000165
Date: 05/15/18

05/15/18 Dep 000165 AG:1 Cust 81505 User:

1373413470

Posting Date: 05/15/2018
Sequence Number: 5380316937
Amount: 3,339.00
Account: 806002234
Routing Transit Number: 12210002
Check/Serial Number: 009590107786
Bank Number: 601
IRD: 0
Image type: P
BOFD: 000000000
Cost Center:
Teller Number:
Teller Sequence Number:
Capture Source: PV
Entry Number: 0000007708
UDK: 60118051500538 0316937

Copyright © 2010 J.P. Morgan Chase & Co. All Rights Reserved.

To: Norma

FAX - 408-297-1189

| | |
|---|---|
| #1 | |
| Posting Date: | 20180615 |
| Sequence Number: | 4790588562 |
| Amount: | $3,339.00 |
| Account: | ▓▓▓▓ |
| Routing Transit Number: | 32227162 |
| Check/Serial Number: | 000000000106 |
| Bank Number: | 703 |
| IRD Indicator: | 0 |
| BOFD: | 000000000 |
| Capture Source: | PV |
| Entry Number: | 0000003187 |
| UDK: | 703180615004790588562 |
| Cost Center: | |
| Teller Number: | |
| Teller Sequence Number: | |
| Missing Image: | 5 |
| PE Indicator: | N |
| Application Code: | 1 |
| Trancode: | 000106 |
| DB/CR: | DB |
| Item Type: | P |
| Processing Date: | |

Check image:

XUAN T. CASEY
5303 MANGO BLOSSOM CT
SAN JOSE, CA 95123-2131
90-7162/3222
Acct # ▓▓▓▓ 3-361
106
DATE 6-11-18

PAY TO THE ORDER OF GREGORY FUNDING  $3339.00
Three thousand three hundred thirty nine 00/100

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO 5303 Mortg. For June 2018
Xuan Casey

⑈322271627⑈ ▓▓▓▓ 0106

Endorsement:
>122006614<
CR PAYEE ACCT
LACK END GTD
BANK OF AMERICA

A-3802 68
20180615
0045418974493
342 LAC-742334

6-15-18

Copyright © 2010 J.P. Morgan Chase & Co. All Rights Reserved

James J. Gold, #80100
Norma L. Hammes, #80149
Jessica A. Begeman, #264853
GOLD and HAMMES, Attorneys
1570 The Alameda #223
San Jose, CA 95126
(408) 297-8750
Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

Xuan Thi Casey

Debtor                              /

Chapter 13
Case No. 18-50813 MEH

CERTIFICATE OF SERVICE RE
SUPPLEMENTAL DECLARATION RE MORTGAGE
PAYMENTS

I, the undersigned, declare that I am employed in the County of Santa Clara. I am over the age of 18 years and not a party to the within entitled action. My business address is 1570 The Alameda, Suite 223, San Jose, California.

On August 15, 2018, I served

    **Devin Derham-Burk, Chapter 13 Trustee**

by telephone facsimile at 408-354-5513 with a true and correct copy of the within SUPPLEMENTAL DECLARATION RE MORTGAGE PAYMENTS.

I declare, under penalty of perjury, that the foregoing is true and correct. Executed on August 15, 2018, at San Jose, California.

Date: 8-15-2018

James J. Gold

James J. Gold, #80100
Norma L. Hammes, #80149
Jessica A. Begeman, #264853
GOLD and HAMMES, Attorneys
1570 The Alameda #223
San Jose, CA 95126
(408) 297-8750
Attorneys for Debtor

*Please deliver to Devin Derham-Burk This is for COURT at 9:30 a.m.*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

XUAN THI CASEY

    Debtor    /

Chapter 13
Case No. 18-50813 MEH

SUPPLEMENTAL DECLARATION RE MORTGAGE PAYMENTS

James J. Gold declares as follows:

1. I am an attorney for the Debtor in this Chapter 13 case. My name is James J. Gold.

2. The photocopy of the check attached to the Debtor's OPPOSITION TO MOTION TO DISMISS CHAPTER 13 CASE, Court Document No. 41 as page 12, filed on August 9, 2018, evidences the Debtor's July 2018 mortgage payment to her home lender, Gregory Funding, which was too late to be included in the Debtor's own most recent declaration, in Court Document No. 40, regarding the Debtor's May and June 2018 mortgage payments.

3. In addition, the Debtor provided to the office of the undersigned the attached photocopies showing the instruments used to pay those mortgage payments for May and June 2015, which form the basis for Court Document No. 40.

4. Attached hereto is a photocopy of a cashier's check dated May 11, 2018, made payable to Gregory Funding along with the record from the issuing bank showing its posting on May 15, 2018. Attached also is a photocopy of the Debtor's personal check made payable to Gregory Funding dated June 11, 2018, along with the record from her bank showing its posting on June 15, 2018. These photocopies have been redacted to remove account numbers and, other than the normal degradation

associated with faxing, copying, scanning, and a slight enlargement to make the images more legible, are true and correct copies of the portions of the documents provided to our office by the Debtor as evidence of her mortgage payments.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 8-15-2018

_____
James J. Gold
Attorney for the Debtor

**JPMorgan**

**CHASE**
CASHIER'S CHECK
9590107786
Date: 05/11/2018

Remitter: XUAN T CASEY

Pay To The Order Of: GREGORY FUNDING

Pays: THREE THOUSAND THREE HUNDRED THIRTY NINE DOLLARS AND 00 CENTS   $**3,339.00**

Memo: Loan # ▇▇▇▇▇B-361

Ryan A. Crowley, Managing Director
JPMorgan Chase Bank, N.A.
Phoenix, AZ

⑆9590107786⑆ ⑉122100024⑉ 806002234⑈

Seq: 6
Dep: 000165
Date: 05/15/18

Posting Date: 05/15/2018
Sequence Number: 5380316937
Amount: 3,339.00
Account: 806002234
Routing Transit Number: 12210002
Check/Serial Number: 009590107786
Bank Number: 601
IRD: 0
Image type: P
BOFD: 000000000
Cost Center:
Teller Number:
Teller Sequence Number:
Capture Source: PV
Entry Number: 0000007708
UDK: 60118051500538031693 7

Copyright © 2010 J.P. Morgan Chase & Co. All Rights Reserved

1373413470

TO: NORMA

FAX - 408-297-1189

Case: 18-50813    Doc# 47    Filed: 08/15/18    Entered: 08/15/18 18:40:54    Page 8 of 10

**Check Image:**

XUAN T. CASEY
5303 MANGO BLOSSOM CT
SAN JOSE, CA 95123-2131

Acct # [redacted] 90-7162/3222 3-361 106

DATE 6-11-18

PAY TO THE ORDER OF GREGORY FUNDING $3339.00

Three thousand three hundred thirty nine 00/100

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO: 5303 Mortg. FOR June 2018

Xuan Casey

⑆322271627⑆ [redacted] 0106

**Endorsement:**
>12200066 1<
CR PAYEE ACCT
LACK END GTD
BANK OF AMERICA

A-13802 68
20180615
0045418 97493
342 LAC-7423 34

#1
Posting Date: 20180615
Sequence Number: 4790588562
Amount: $3,339.00
Account: [redacted]
Routing Transit Number: 32227162
Check/Serial Number: 000000000106
Bank Number: 703
IRD Indicator: 0
BOFD: 000000000
Capture Source: PV
Entry Number: 0000003187
UDK: 703180615004790588562
Cost Center:
Teller Number:
Teller Sequence Number:
Missing Image: 5
PE Indicator: N
Application Code: 1
Trancode: 000106
DB/CR: DB
Item Type: P
Processing Date:

6-15-18

Copyright © 2010 J.P. Morgan Chase & Co. All Rights Reserved

TRANSMISSION VERIFICATION REPORT

```
                                    TIME  : 08/15/2018 06:33PM
                                    NAME  : GOLD and HAMMES
                                    FAX   : 4082971189
                                    TEL   : 4082978750
                                    SER.# : U64988J7N160371
```

```
DATE,TIME           08/15  06:33PM
FAX NO./NAME        Ch-13 Trustee
DURATION            00:00:41
PAGE(S)             04
RESULT              OK
MODE                STANDARD
                    ECM
```

```
 1 │ James J. Gold, #80100
   │ Norma L. Hammes, #80149
 2 │ Jessica A. Begeman, #264853
   │ GOLD and HAMMES, Attorneys
 3 │ 1570 The Alameda #223
   │ San Jose, CA 95126
 4 │ (408) 297-8750
   │ Attorneys for Debtor
 5 │
 6 │
 7 │
 8 │         UNITED STATES BANKRUPTCY COURT
   │          NORTHERN DISTRICT OF CALIFORNIA
 9 │
10 │ In re:                          Chapter 13
   │                                 Case No. 18-50813 MEH
11 │ XUAN THI CASEY
   │                                 SUPPLEMENTAL DECLARATION RE
12 │     Debtor                /     MORTGAGE PAYMENTS
13 │
14 │     James J. Gold declares as follows:
15 │     1. I am an attorney for the Debtor in this Chapter 13 case. My name is James J. Gold.
```

*Please deliver to Devin Derham-Burk This is for COURT at 9:30 a.m.*